IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOROTHY LOTENERO,** | 1:11-CV-200 AWI SMS |
| Plaintiff, | ORDER VACATING JUNE 6, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |
| v. | |
| **EVERETT FINANCIAL INC., et al.,** | |
| Defendants. | |

Currently pending before this Court is Defendants' motion to dismiss. This motion is set for hearing on June 6, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 6, 2011, is VACATED, and the parties shall not appear at that time. As of June 6, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: \_\_\_June 1, 2011\_\_\_

_____
CHIEF UNITED STATES DISTRICT JUDGE