Philip C. Bourdette SBN 47492
BOURDETTE & PARTNERS
2924 West Main Street
Visalia, CA 93291
(559) 625-8425
Fax (559) 625-8491
pcbb@bourdettelaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY LOTENERO ) | Case #. 1:11-CV-00200-AWI-SMS |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| vs. ) | SCHEDULING CONFERENCE AND |
| ) | ORDER |
| ) | |
| EVERETT FINANCIAL INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

   IT IS HEREBY STIPULATED BY & BETWEEN Plaintiff Dorothy Lotenero and

Defendants Everett Financial dba Supreme Lending and Great American Insurance Company

that the Scheduling Conference currently set for June 30, 2011 be continued to August 29, 2011

at 10:30 am before Magistrate Judge Sandra M. Snyder.

1

Respectfully submitted,

DATED: June 7, 2011                BOURDETTE AND PARTNERS


By  /s/ Philip C. Bourdette
   Philip C. Bourdette
   Attorneys for Plaintiff Dorothy Lotenero


DATED: June 7, 2011


By: /s/ Emily L. Murray
   Emily L. Murray
   Attorneys for Defendants
    Everett Financial dba Supreme Lending &
   Great American Insurance Company



**IT IS SO ORDERED:**

Dated:   June 7, 2011                 /s/ Sandra M. Snyder
                        UNITED STATES MAGISTRATE JUDGE