Philip C. Bourdette, #47492
BOURDETTE & PARTNERS
2924 W. Main Street
Visalia, CA  93291
Phone (559) 625-8425
Fax      (559) 625-8491
E-Mail: pcbb@bourdettelaw.com

Attorneys for Plaintiff
DOROTHY LOTENERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

DOROTHY LOTENERO,

                              Plaintiff,

                    vs.

JESSE ALVIN CRIPPS,

                              Defendant.

_____

No.   1:11-CV-00200-AWI-BAM

ORDER ON ORDER TO SHOW CAUSE

        It appearing from the Declaration of Philip C. Bourdette, counsel for Plaintiff, that sanctions should not be imposed at this time on the condition that Plaintiff file a Motion for Request For Entry of Default against Defendant Cripps on or before January 10, 2013

IT IS SO ORDERED.

Dated:   December 5, 2012        _____
                                 UNITED STATES DISTRICT JUDGE

1

ORDER ON ORDER TO SHOW CAUSE

ORDER ON ORDER TO SHOW CAUSE